# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-1696
_____

JOSEPH GLENN SAVICKI,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
David Rimmer, Judge.

March 13, 2018

PER CURIAM.

AFFIRMED.

LEWIS, KELSEY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Joseph Glenn Savicki, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.